UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00463-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  LINDA CARNAGIE,
2.  NINA MARIE CAMERON,
3.  LESLIE ROUSSEAU,
4.  ALBERTICO GALINDO,
5.  SONIA RAMIREZ,
6.  SANDRA LINDSEY,
7.  ROSAURA RAMIREZ,
8.  GAIL HENDERSON,
9.  DWAYNE VANDYKE,
10. CHRISTOPHER ALLEN,
11. DENISHA WALKER,
12. DAVID WOMELY,
13. RANDAL JONES,
14. SHEILA LOCKETT,
15. SHAWN GARRETTE,
16. LINDA EDWARDS,
17. LADONNA MULLINS,
18. TRENSON L. BYRD, aka TL Byrd,
19. EMMITT COTTON, SENIOR,
20. STAFFORD A. HILAIRE,
21. TYRONE TENNYSON,
22. ROBERT WEDGEWORTH,
23. DARYL COLLINS,
24. TRACIE LOCKHART,
25. AARON BLATHERS,
26. SEBASTIAN SCOTT,
27. MICHAEL KEYS,
28. QUNELL JEFFERSON,
29. DONNA BLACKLOCK,
30. MAURICE POOLE,
31. MONICA FITE,
32. AURELIA WALKER,
33. WENDY WILKINS,and
34. ODIE WEBSTER, III,
        Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The Motion to Withdraw **(#1096)** filed by counsel for Defendant Cotton is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **January 27, 2006 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  This is set for a non-evidentiary hearing of not more than 30 minutes.  Counsel shall *bring their calendars.*

The determination of this motion may impact the scheduled trial date or other pertinent dates.  Any Defendant, other than Mr. Cotton, who does not desire to attend the hearing may file a written notice waiving such right on or before than January 25, 2006 at 5:00 p.m. Please provide a courtesy copy of such waiver to the Chambers e:mail account with the hearing date specified in the subject.

Dated this 19th day of January, 2006

                                                  **BY THE COURT:**

*[Signature: Marcia S. Krieger]*

                                                  Marcia S. Krieger
                                                  United States District Judge