IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

IT IS HEREBY ORDERED that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
| --- | --- | --- |
| AL TURKI, Homaidan | 06/19/03 | 05-CR-280 |
| BICHON, Robert Eric | 12/27/03 | 04-CR-153 |
| BOWMAN, Glenn Lee | 03/22/06 | 99-CR-064 |
| BOYER, Joseph Mark | 04/29/07 | 07-CR-134 |
| CLEMENT, Geoffrey Chris | 07/16/00 | 95-CR-173 |
| COLLINS, Raymond Michael | 05/06/97 | 97-CR-367 |
| COTTON, Emmitt L | 06/20/06 | 04-CR-463 |
| DOTY, Richard P | 11/01/99 | 98-CR-402 |
| EDWARDS, Linda Phanae | 06/20/06 | 04-CR-463 |
| ERICKSON, David James | 01/07/78 | 96-CR-034 |

Dated at Denver, Colorado, this 30 day of ~~September~~ October, 2007.

THE COURT

_[signature]_
Edward W Nottingham, Chief Judge